

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2016

**BY ECF/HAND**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Carlos Cerda, a/k/a "Jose Cerda"**
             **S5 08 Cr. 857 (GBD)**

Dear Judge Daniels:

      After consulting with Your Honor's deputy, the Government respectfully submits this joint request to adjourn the next pre-trial conference in this matter from June 8, 2016 to July 20, 2016 at 10:00 a.m.

      We further respectfully request that the Court exclude time under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), from June 8, 2016 through July 20, 2016. The ends of justice served by such exclusion outweigh the interest of the public and the defendant in a speedy trial because the exclusion will allow defense counsel to continue reviewing discovery and also will allow the parties to continue discussions about a potential disposition of the case. A proposed order also is enclosed for the Court's convenience.

                                      Respectfully submitted,

                                      PREET BHARARA
                                    United States Attorney

      By:    _____
                        John P. Cronan / Edward Y. Kim
                        Assistant United States Attorneys
                        Tel.: (212) 637-2779 / -2401

Encl.

cc:    Susan Tipograph, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA               :
                                       :   ORDER
         - v. -                        :
                                       :   S5 08 Cr. 857 (GBD)
CARLOS CERDA,                          :
     a/k/a "Jose Cerda,"               :
                                       :
         Defendant.                    :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, District Judge:

     Upon the application of the United States of America, by and through Assistant United States Attorneys John P. Cronan and Edward Y. Kim, and with the consent of the defendant, CARLOS CERDA, by and through his counsel, Susan Tipograph, Esq., it is hereby ORDERED that the time between June 8, 2016, and July 20, 2016, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow time for defense counsel to review discovery and for the parties to continue discussions regarding a potential disposition of the case.

     SO ORDERED.

Dated:  New York, New York
         June ___ 2016

                                                _____
                                                GEORGE B. DANIELS
                                                United States District Judge