USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 29 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

CARLOS CERDA,

                       Defendant.

------------------------------------x

ORDER

08 Crim. 857-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Government shall file a response to Defendant's motion for compassionate release by July 7, 2020.

Dated: New York, New York
       June 29, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge