UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

CARLOS CERDA,

                              Defendant.

------------------------------------x

ORDER

08 Crim. 857-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Government shall file a response to Defendant's motion to correct a clerical error, (ECF No. 326), by January 15, 2021.

Dated: New York, New York
       December 10, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge