UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

-against-

CARLOS CERDA,

Defendant.
------------------------------------x

MEMORANDUM DECISION
AND ORDER

8 Crim. 857 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant, *pro se,* moved to correct purported clerical errors in his Presentence Report ("PSR") and final judgment, pursuant to Federal Rule of Criminal Procedure 36. (*See* Def.'s Mot., ECF No. 326.) The Government opposed Defendant's motion. (*See* Ltr. of USA in Opp. to Def.'s Mot., dated Jan. 15, 2021 ("Gov't Opp."), ECF No. 341.)

The Defendant was released to home confinement on May 25, 2021 and escaped from home confinement on August 3, 2021. *See Inmate Locator,* FED. BUREAU PRISONS, https://www.bop.gov/inmateloc/ (last accessed May 17, 2023). He remains on escape status as of May 17, 2023. Defendant's Rule 36 motion is therefore DENIED without prejudice.

The Clerk of Court is directed to close the open motion at ECF No. 326.

Dated: May 17, 2023
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge